**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STEPHEN GIFFORD and <br> STEPHANIE GIFFORD, <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION PALLET, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07-CV-2339 <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER FOR INSPECTION AND REPRODUCTION OF MEDICAL RECORDS, PROTECTED HEALTH INFORMATION, AND EDUCATIONAL AND EMPLOYMENT RECORDS PURSUANT TO STATE AND FEDERAL LAW (HIPAA) AND AUTHORIZATION FOR COMMUNICATION WITH COUNSEL OF RECORD

**TO: All Hospitals, Clinics, Pharmacies, Physicians, Physical Therapists, Governmental Agencies (Local, County, State, and Federal); All Other Medical Institutions, Practitioners, Health Care Providers, Insurance Companies; All Employers, Past and Present; and All Educational Institutions.**

You are hereby authorized, directed, and ordered pursuant to the laws of Kansas and applicable federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit **any and all** medical records, medical bills, employment records , and educational records of any type or nature whatsoever and/or any protected health information within your care, custody, or in any manner concerning **STEPHEN GIFFORD.**

**Medical documents and protected health information subject to this order include but are not limited to the entire medical chart <u>cover</u> to <u>cover</u> (including but not limited to any and all medical records from other health care providers and any and all correspondence); radiological films; monitoring strips of any kind; billing and payment records; prescriptions; test results; any and all records related to HIV testing, HIV status, AIDS or sexually transmitted diseases that are part of the medical record;  <u>Provided however</u>, that this Order does <u>not</u> provide for the production of any medical records maintained in connection with any program relating to substance abuse education, prevention, training, treatment, rehabilitation or research, <u>which are conducted, regulated, or directly or indirectly assisted by any department or agency of the United States, and which are covered by the provisions of 42 U.S.C. § 290dd-2 and 42 C.F.R., Part 2.</u>**

Unless specifically excluded by this Order, all medical records and protected health information in your possession regarding the person noted above shall be produced.

With respect to employment records, such records include but are not limited to all materials contained in the employee's personnel file cover to cover; wage, payment, salary, and tax information; performance evaluations; job applications; workers compensation records and any other records pertaining to injuries incurred by the employee; any and all work releases or restrictions; and any protected health information in the employer's records.

Said inspection and reproduction may be requested by any attorney of record herein as set forth below, and all clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction, or interview.

You are further notified that, pursuant to federal and state law and the rules of the Eighteenth Judicial District, counsel for the defendant(s) are hereby authorized to talk with hospitals, clinics, pharmacies, plaintiff's treating physicians, and other health care providers without counsel or the parties, including plaintiff, being present or participating, provided the health care provider consents to the interview. This is based on the court's finding that plaintiff has made a claim for personal injuries, and in filing this lawsuit has waived any privilege existing between the patient and health care provider.

This Order complies with HIPAA federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164. This Order further allows the disclosure of information regarding diagnosis of, treatment for and general status relating to HIV and AIDS pursuant to K.S.A. 65-5601 to 5605.

This Order shall be effective throughout the pendency of this action.

Dated this 20th day of February 2008.

       s/   DONALD W. BOSTWICK
       U.S. Magistrate Judge

APPROVED BY:

MORRIS CARY & ANDREWS LLC

    s/ Tracy W. Cary
Tracy W. Cary, Pro Hac Vice
3334 Ross Clark Circle
Dothan, AL 36303
*Attorneys for Plaintiffs*


WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC

    s/ Alan R. Pfaff
Alan R. Pfaff, #12949
O.W. Garvey Bldg., Suite 1010
200 W. Douglas
Wichita, KS  67202
*Attorneys for Defendant*